JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANGELINA R. VILDOSOLA, | ) Case No. 2:23-cv-03358-SB-RAO |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: July 5, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

-1-