```
LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| ANGELINA VILDASOLA,<br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No: 2:23-cv-03358-RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND FIVE HUNDRED NINTY THREE DOLLARS AND 79/100 ($1,593.79) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: July 26, 2023    _____
                       HON. ROZELLA A. OLIVER
                       UNITED STATES MAGISTRATE JUDGE